IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ABOVE-NET, INC.; ELECTROVAYA INC.; ELECTROVAYA COMPANY, INC.; EQUUS COMPUTER SYSTEMS, INC.; HANBIT ELECTRONICS CO., LTD.; HANBIT AMERICA LLC; INDUSTRIAL ELECTRONIC ENGINEERS INC.; MEDION A.G.; MEDION USA, INC.; OPTOELECTRONICS CO., LTD.; OPTICON, INC.; OQO, INC.; PHAROS SCIENCE & APPLICATIONS, INC.; POS-X INC.; AND TANGENT COMPUTER INC.<br><br>　　　　Defendants | Case No. 05:08-cv-131<br>　　JURY<br><br>*[PROPOSED]* ORDER GRANTING WIAV NETWORKS, LLC'S UNOPPOSED MOTION TO VACATE ENTRY OF DEFAULT AGAINST DEFENDANTS HANBIT ELECTRONICS CO., LTD. AND HANBIT AMERICA LLC |

　　　　Before this Court is Plaintiff WIAV Networks, LLC's Unopposed Motion to Vacate the Entry of Default against separate defendants Hanbit Electronics Co., Ltd. and Hanbit America LLC (the "Hanbit Defendants"). Finding the Motion to be well-taken, the Motion is hereby GRANTED and the Court enters the following order:

　　1.　　The Court hereby vacates the entries of default against the Hanbit Defendants.

　　2.　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Court dismisses without prejudice WIAV's claims raised against the Hanbit Defendants in the amended complaint in this action.

　　3.　　All of WIAV's rights as to the remaining defendants are expressly reserved.

　　4.　　WIAV and the Hanbit Defendants shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

SIGNED this 29th day of June, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE