IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **WIAV NETWORKS, LLC** | § § § § | |
| **Plaintiff** | § § | |
| v. | § § | |
| **ABOVE-NET, INC.; ELECTROVAYA INC.; ELECTROVAYA COMPANY, INC. EQUUS COMPUTER SYSTEMS, INC. HANBIT ELECTRONICS CO., LTD.; HANBIT AMERICA LLC; INDUSTRIAL ELECTRONIC ENGINEERS INC.; MEDION A.G.; MEDION USA, INC.; OPTOELECTRONICS CO., LTD; OPTICON, INC.; OQO, INC.; PHAROS SCIENCE & APPLICATIONS, INC. POS-X INC.; AND TANGENT COMPUTER INC.** | § § § § § § § § § § § § § § | Case No. 05:08-cv–131<br>**JURY TRIAL DEMANDED** |
| **Defendants,** | § § | |
| v. | § § | |
| **OPTOELECTRONICS CO., LTD. and OPTICON, INC.,** | § § § | |
| **Defendants/Third-Party Plaintiffs,** | § § | |
| v. | § § § | |
| **INVENTEC CORPORATION,** | § § | |
| **Third-Party Defendant.** | § | |

# **ORDER**

The Court has considered Defendants/Third-Party Plaintiffs, Optoelectronics Co., Ltd. and

Opticon, Inc.'s Notice of Voluntary Dismissal of Third-Party Complaint for Indemnification and

Contribution Under Rule 41 against Inventec Corporation. The Court is of the opinion that Defendant's Notice is well taken and it is hereby **ORDERED** that Defendants/Third-Party Plaintiffs' actions against Third-Party Defendant, Inventec Corporation, are **DISMISSED** without prejudice.

**SIGNED this 29th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE