U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| WIAV NETWORKS, LLC | § § § | |
| v | § | 5:08cv131 |
| ABOVE-NET, INC., ET AL | § § § § | |

U. S. Magistrate Judge Caroline M. Craven
Law Clerk: Jennifer Orgeron
Courtroom Deputy: Donna Blair
Court Reporter: Melanie Harris


Plaintiff Counsel: Mr. Garland Stephens
　　　　　　　　　Mr. Tripp Fussell

Defense Counsel: Mr. Ruben DeLeon
　　　　　　　　　Ms. Catherine Hough

## MINUTES OF MOTION HEARING
## 11/10/2009

9:54 Matter called for Motion Hearing/Attorney announcements/ Mr. Stephens presents Motion to Dismiss/Mr. DeLeon responds. Mr. Stephens replies. 10:10 Mr. DeLeon presents Motion for Summary Judgment. Mr. Stephens responds. Mr. DeLeon replies.

The Court will issue a Report and Recommendation on or before November 20, 2009.

Court adjourned at 10:20 a.m.